**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ANTHONY DEWAYNE WALKER,**                                                      **PLAINTIFF**
**ADC #107683**

v.                         CASE NO. 2:15CV00021 BSM

**DANNY BURLS,**
**Warden, Tucker Maximum Security Unit, ADC**                                **DEFENDANT**

**ORDER**

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray and plaintiff's objections thereto have been reviewed. After a careful consideration of these documents, and a *de novo* review of the record, the PRD is hereby approved and adopted in its entirety in all respects.

IT IS, THEREFORE, ORDERED THAT:

1   Plaintiff's equal protection claim is allowed to proceed and his due process claim is dismissed with prejudice;

2   The clerk is directed to prepare a summons for Burls, and the U.S. Marshal is directed to serve the summons, complaint, and this order on Burls through the ADC compliance division without prepayment of fees and costs or security therefor (if Burls is no longer an ADC employee, the ADC compliance division must file, with the return of unexecuted service, a **SEALED** statement providing his last known private mailing address); and

3   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this order would not be taken in good faith.

    IT IS SO ORDERED this 15th day of May 2015.

                                          */s/ Brian S. Miller*
                                      UNITED STATES DISTRICT JUDGE