IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY DEWAYNE WALKER,                                                PLAINTIFF
ADC #107683

v.                                  CASE NO. 2:15CV00021 BSM

DANNY BURLS                                                            DEFENDANT

## ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere and plaintiff Anthony Walker's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1  Defendants' motion to dismiss [Doc. No. 13] is granted and Walker's claims are dismissed with prejudice.

2  It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE